**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Josue Ismael RUIZ–SANCHEZ, Defendant–Appellant.**

**No. 13–10437.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 16, 2014.

Christina Marie Cabanillas, Assistant U.S. United States District Court, Tucson, AZ, for Plaintiff–Appellee.

Josue Ismael Ruiz–Sanchez, Big Spring, TX, pro se.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

### MEMORANDUM **

Josue Ismael Ruiz–Sanchez appeals from the district court's judgment and challenges his jury-trial conviction and 24–month sentence for possession with intent to distribute marijuana, in violation of 21

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 841(a)(1) and (b)(1)(D). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ruiz–Sanchez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ruiz–Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**